# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: EXPERIAN/T-MOBILE CUSTOMER
DATA SECURITY BREACH LITIGATION**                        MDL No. 2676

(SEE ATTACHED SCHEDULE)

## ORDER DEEMING MOTION MOOT

Before the Panel is a motion filed by plaintiff Dipak Bhuta seeking centralization of the actions on the attached schedule, pursuant to 28 U.S.C. § 1407, in the Central District of California for coordinated or consolidated pretrial proceedings. The Panel has now been advised that the listed Northern District of Illinois action was transferred to the Central District of California pursuant to 28 U.S.C. § 1404, in a minute order filed on October 30, 2015, by the Honorable John J. Tharp, Jr., thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion filed by Dipak Bhuta for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

**IN RE: EXPERIAN/T-MOBILE CUSTOMER
DATA SECURITY BREACH LITIGATION**     MDL No. 2676

## SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 8 | 15‑01592 | Dipak Bhuta v. Experian Information Solutions, Inc. |
| CAC | 8 | 15‑01595 | Colin Ryan et al v. Experian Holdings, Inc., et al. |
| CAC | 8 | 15‑01598 | Jesus Franco v. Experian Information Solutions Inc., et al. |
| CAC | 8 | 15‑01603 | Jessica Luna v. Experian Information Solutions, Inc., et al. |
| CAC | 8 | 15‑01612 | Marshall Ohring v. Experian Information Solutions, Inc. |
| CAC | 8 | 15‑01616 | Michael G. Brautigam v. Experian Holdings, Inc. |
| CAC | 8 | 15‑01620 | Jennifer Leitner v. Experian Information Solution Inc., et al. |
| CAC | 8 | 15‑01843 | Fabio Acosta v. Experian Information Solutions, Inc., et al. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 15‑08943 | Barbashov et al v. Experian Information Solutions, Inc. |